# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC | § |
| Plaintiff, | § CASE NO. 3:17-cv-153-slc |
| v. | § PATENT CASE |
| KOHLER CO., | § JURY TRIAL DEMANDED |
| Defendant. | § |

## JOINT MOTION FOR DISMISSAL

Plaintiff Symbology Innovations LLC and Defendant Kohler Co. pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED.

Dated: August 17, 2017

By: */s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

Email: jvidal@ferraiuoli.com

Carlos R. Pastrana, Esq.
State Bar No. 1088286
Nelson W. Phillips III
State Bar No. 1028189
**MWH Law Group LLP**
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
Email: carlos.pastrana@mwhlawgroup.com
Email: nelson.phillips@mwhlawgroup.com

**ATTORNEYS FOR PLAINTIFF**
*Symbology Innovations LLC*

By:  */s/ Neil J. McNabnay*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**COUNSEL FOR DEFENDANT**
*Kohler Co.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of August, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres Oyola